UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAURA GETTER,            )
                         )
    Plaintiff,           )
                         )
v.                       )   No. 4:05cv1993 RWS
                         )
THOMPSON, INC.,          )
d/b/a RCA,               )
                         )
                         )
    Defendant            )

*So Ordered* [signature] USDJ 6/1/06

## DISMISSAL WITH PREJUDICE

COMES NOW plaintiff, Laura Getter, through undersigned counsel, and hereby dismisses her Petition against defendant, Thompson, Inc. d/b/a RCA., with prejudice.

All parties to pay their own costs.

/s/ Robert W. Cockerham
Robert W. Cockerham, #2832
Richard D. Gerber, # 6134
BROWN & JAMES, P.C.
Attorneys for Plaintiff
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 (fax)
rcockerham@bjpc.com
rgerber@bjpc.com